**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In Re:   John Grant Forrester Jefferson                    Case No. 17-13410 - KHK
                                                           Chapter 13


********************************

U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE OF
THE IGLOO SERIES III TRUST,
Movant


vs.


John Grant Forrester Jefferson, Debtor
aka John Grant Jefferson
Mitzi S. Jefferson, Non-Filing Co-
Debtor
Thomas P. Gorman, Trustee
                    Respondent(s)

**ORDER TERMINATING AUTOMATIC STAY**
**Real Property at 7751 New Providence Drive, Unit #73, Falls Church, Virginia**
**22042**


        Upon consideration of the Consent Order Modifying Stay that was entered with
the court on November 7, 2018, the Notice of Default that was filed with the court on
June 20, 2019, and the supplemental Notice of Failure to cure filed by the Movant, U.S.
BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE IGLOO SERIES
III TRUST, for good cause shown, it is

        ORDERED, that the stay of 11 U.S.C. Section 362(a) and 1301 is modified to
permit the Movant, to enforce the lien of its deed of trust as it pertains to the real
property, under the Deed of Trust dated June 21, 2006, and recorded among the land
records of County of Fairfax, Virginia, and secured by the real property of the Debtors at
**7751 New Providence Drive, Unit #73, Falls Church, Virginia 22042** and described as
follows:


MWC: 18-703188

## Exhibit A

Unit numbered Seventy Three (73) Phase V, NEW PROVIDENCE VILLAGE AT LAKEFORD CONDOMINIUM, as shown on the Location Plat and Plan attached to the Declaration, recorded in Deed Book 5938, at Page 1623, and any and all subsequent amendments thereto, all among the land records of Fairfax County, Virginia.

SECOND: A .8970 undivided percentage interest appurtenant to the Unit in all Common Elements of said project, as described in Declaration.

TOGETHER WITH the right of ingress to and egress from said property and the right to use, for all proper purposes in common with the Declarant, its successors and assigns, and all other occupants from time to time, any and all portion of the condominium designated by statute and the Declaration as General Common Elements:

ORDERED that upon entry of the order granting relief, the Trustee may treat the pre-petition arrears as satisfied without further action by any party.

ORDERED, that this relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Date: Nov 12 2019

/s/ Klinette H. Kindred

Judge, U.S. Bankruptcy Court
EASTERN District of Virginia

Entered on Docket: November 13, 2019

I ask for this:

/s/ Dinh Ngo, Esq.
Dinh Ngo, Esq.
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, #800
Laurel, MD 20707
VSB #85661
301.490.1196
*Attorney for Movant*

MWC: 18-703188

SEEN:

/s/  Thomas P. Gorman
Thomas P. Gorman                    (by Dinh Ngo, Esq. with permission from
300 N. Washington St. Ste. 400      Thomas P. Gorman based on FAX/email)
Alexandria, Virginia  22314
*Trustee*                           X   /s/ Dinh Ngo


Local Rule 9022-1(C) Certification

        The foregoing Order was endorsed by and/or served upon all necessary parties
pursuant to Local Rule 9022-1(C).

                                                /s/ Dinh Ngo, Esq.


**PARTIES TO RECEIVE COPIES**

John Grant Forrester Jefferson
7751 New Providence Drive, #73
Falls Church, Virginia  22042

Mitzi S. Jefferson
7751 New Providence Drive, Unit #73
Falls Church, Virginia  22042

Copies will be sent electronically via the CM/ECF system to Michael Jacob Owen Sandler,
Attorney for Debtor and Thomas P. Gorman, Trustee.

MWC: 18-703188